UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEV KHELA and JASJIT KHELA, individuals and partners dba CIRCLE D FOOD AND LIQUOR,<br><br>Plaintiffs,<br><br>v.<br><br>AMCO INSURANCE COMPANY, a corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 1:21-cv-01470-ADA-HBK<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES TO THE EXTENT SET FORTH IN THIS AMENDED CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 16) |

Pending before the Court is the parties' stipulated motion to modify certain deadlines in the case management and scheduling order. (Doc. No. 16). The parties seek to extend deadlines in the case management and scheduling order due to Plaintiffs' counsel's unavailability and trial conflicts. (Doc. Nos. 16 at 2-3, 16-1 at 2, ¶ 4). For good cause shown, the Court will grant the parties' request to adjust certain deadlines and enters this Amended Case Management Scheduling Order. Fed. R. Civ. P. 16(b)(4).

////

////

////

1. **Deadlines and Dates**

| Action or Event | New Deadline |
|---|---|
| Deadline for completing non-expert discovery.  *See* Fed. R. Civ. P. 37.[1] | 09/25/2023 |
| Deadline for plaintiffs to disclose expert report(s).  *See* Fed. R. Civ. P. 26(a)(2) | 10/16/2023 |
| Deadline for defendants to disclose expert report(s). | 10/16/2023 |
| Expert Discovery Cutoff. | 12/15/2023 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. See Local Rules 270, 271.  ***The parties may contact Chambers prior to this date to arrange a settlement conference.*** | 11/30/2023 |
| Deadline for filing dispositive motions.  *See* Fed. R. Civ. P. 56 | 12/28/2023 |
| Deadline for filing the final joint pretrial statement, motion(s) in limine, proposed jury instructions, and verdict form.  *See* Local Rule 281. | 05/27/2024 |
| Date of the final pretrial conference.  See Fed. R. Civ. P. 16(e); See Local Rule 280, 281, 282, 283.  Currently set before the Hon. Ana de Alba. | 06/10/2024 at 1:30 p.m. |
| Trial Date (tentative) | 08/06/2024 at 8:30 a.m. |

The parties remain bound to follow the deadlines and procedures previously set forth in the Court's June 21, 2022 Case Management and Scheduling Order (Doc. No. 10) to the extent not extended above.

Dated:     May 4, 2023

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court follows the rule that the completion date means that all discovery must be finished by the deadline set in the Rule 16 Case Management and Scheduling Order.  Litigants—by their own agreement—may conduct discovery after the formal completion date but the Court will likely not resolve discovery disputes after the discovery completion date.  In fact, motions to compel filed after the discovery deadline are presumptively untimely and may be denied on that basis alone.