1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   BALDEV KHELA and JASJIT KHELA,          No.  1:21-cv-01470-KES-HBK

12                  Plaintiffs,              ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS IN PART
13          v.
                                             (Doc. 50)
14   AMCO INSURANCE CO.,

15                  Defendant.

16

17          Plaintiffs Baldev Khela and Jasjit Khela proceed against defendant AMCO Insurance

18   Company in this civil action commenced on September 30, 2021.  (Doc. 1.)  On June 20, 2024,

19   plaintiffs filed a motion for leave to file an amended complaint ("motion to amend").  (Doc. 45.)

20   Plaintiffs' motion to amend was referred to a United States magistrate judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 302.

22          On September 20, 2024, the assigned magistrate judge issued findings and

23   recommendations, recommending that plaintiffs' motion to amend be denied.  (Doc. 50.)  Those

24   findings and recommendations were served on the parties and contained notice that any

25   objections thereto were to be filed within fourteen days of service.  (*Id*. at 8.)  To date, no

26   objections have been filed and the time to do so has passed.

27          In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of

28   this case.  After carefully reviewing the file, the Court concludes that the findings and

                                              1

1 recommendations that plaintiffs' motion to amend failed to satisfy the requirements of Federal

2 Rule of Civil Procedure 16 are supported by the record and proper analysis.  Further, because

3 plaintiffs previously stipulated to the dismissal of defendant AMCO Insurance Company,

4 (Docs. 48, 49), this case was terminated by operation of law on July 30, 2024.

5      Accordingly:

6      1.  The findings and recommendations issued on September 20, 2024, (Doc. 50), are

7         adopted in part;

8      2.  Plaintiffs' motion to amend, (Doc. 45), is denied; and

9      3.  The Clerk of the Court is directed to close this case.

10

11

12 IT IS SO ORDERED.

13    Dated:   December 13, 2024

                                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28